IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40197
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JAVIER BARRIOS-HERRERA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-270-1
- - - - - - - - - -
October 20, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for Javier Barrios-Herrera has filed

a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).

Barrios has not responded to this motion.  Our independent review

of the brief and the record discloses no nonfrivolous issue.

Accordingly, counsel is excused from further responsibilities

herein, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.